9ev. 02/2006

COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
Norfolk Division

# SENTENCING MINUTES

Set: 2:00 p.m.  
Started: 2:00 p.m.  
Ended: 3:20 p.m.  

Date: September 21, 2017  
Judge: Rebecca Beach Smith  
Court Reporter: Jody Stewart, OCR  
U.S. Attorney: Alan Salsbury, AUSA, and Stephen Haynie, AUSA  
Defense Counsel: Lawrence Woodward  
Courtroom Deputy: Susan Cherry  
Probation Officer: Leah Greathouse  

Case No.  2:17cr43  
Defendant: William R. Hutsenpiller      ( ) In custody    ( X ) On bond

__X__ Matter came on for disposition.

__X__ USA's Motion for Acceptance of Responsibility (document #14) - no ruling made.

__X__ Court adjudged defendant guilty of Count __1__ of the Criminal Information, after entering a plea of guilty before a Magistrate Judge.

__X__ Presentence Report reviewed.

__X__ Objection to PSR withdrawn by defendant.

__X__ Evidence presented re Government's objection to PSR.  The court made no ruling on the Government's objection.

__X__ The court directed counsel to file supplemental position papers with proposed findings of fact by 5:00 p.m., on October 6, 2017.

__X__ Sentencing continued to October 13, 2017, at 2:00 p.m.

Government Witness: David Lanter