IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 2:17cr43

WILLIAM R. HUTSENPILLER

Defendant.

### SUPPLEMENTAL POSITION ON SENTENCING OF THE DEFENDANT, WILLIAM R. HUTSENPILLER

COMES NOW the defendant, William R. Hutsenpiller, by counsel, and states as follows for his supplemental position paper:

Counsel has reviewed the testimony of Special Agent Lanter that was presented by the United States on September 21, 2017 and has reviewed the case law and application notes regarding U.S.S.G. § 3B1.1(A). Counsel has also discussed the issue with the Defendant fully and in detail. The defense withdraws its objection to the four (4) point enhancement for role in the offense. By counsel's calculation, this results in an offense level of 22 and a criminal history category of I for an advisory guideline range of 41-51 months.

The defense restates and adopts the arguments made regarding a variant sentence in its original position paper. The gravamen of fraud cases is the amount of loss and resulting damage. Mr. Hutsenpiller's length of involvement in illegal activity and the amount of loss attributable to his conduct is far less than Bricker,

Deines, or Mearing. He did not personally profit beyond the approximate $36,000 of items he received as gratuities. One of the factors for the Court to consider is to avoid unwarranted sentencing disparities. The defense also requests that the Court grant the United States' motion for a 3 point reduction for acceptance of responsibility.

                              Respectfully submitted,

                              WILLIAM R. HUTSENPILLER

                              / s /

Lawrence H. Woodward, Jr., Esquire
Virginia State Bar #21756
Attorney for the Defendant
  William R. Hutsenpiller
Shuttleworth, Ruloff, Swain,
  Haddad & Morecock, P.C.
317 30th Street
Virginia Beach, Virginia 23451
Telephone Number: (757) 671-6000
Facsimile Number: (757) 671-6004
Email address: lwoodward@srgslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Stephen W. Haynie, Esquire
Assistant United States Attorney
Attorney for the United States
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
Phone: 757/441-6331
Fax: 757/441-6689
Email address: steve.haynie@usdoj.gov


Leah D. Greathouse, Probation Officer
United States Probation
600 Granby Street, Suite 230
Norfolk, VA 23510


                                                / s /
Lawrence H. Woodward, Jr. Esquire
Virginia State Bar #21756
Attorney for the Defendant,
   William R. Hutsenpiller
Shuttleworth, Ruloff, Swain,
   Haddad & Morecock, P.C.
317 30th Street
Virginia Beach, Virginia   23451
Telephone Number:  (757) 671-6000
Facsimile Number:   (757) 671-6004
Email address: lwoodward@srgslaw.com